IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| SUSAN HINCKLEY SHOEMAKER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN-2-CV-582 |
| NATIONWIDE INSURANCE COMPANY | * | |
| | * | |
| Defendant | | |
| | * | |

*********************************************

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time to File A Response to Plaintiff's First Amended Complaint, and good cause existing therefor, it is this 27th day of February 2002, ORDERED:

That the Motion be and hereby is GRANTED; and

That the time for Defendant to file a responsive pleading to Plaintiff's First Amended Complaint shall be extended to and including March 25, 2002.

William M. Nickerson
Judge, United States District Court
for the District of Maryland