IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)



| | |
|---|---|
| SUSAN HINCKLEY SHOEMAKER | * |
| Plaintiff | * |
| v. | * Civil Action No. WMN-2-CV-582 |
| NATIONWIDE INSURANCE COMPANY | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties, through undersigned counsel, hereby request to modify the Scheduling Order and for good cause state:

1. The Scheduling Order was issued on March 27, 2002. On April 19, the parties submitted a report to this Court regarding deposition hours and agreeing to have this matter submitted to an early settlement conference.

2. The early settlement conference is scheduled for June 18. However, the parties are currently engaging in settlement negotiations and mutually request that the deadlines set forth in the Scheduling Order be extended 60 days to give the parties an opportunity to resolve this matter before engaging in further discovery.

3. No prior extension has been sought by either party.

4. The extension will not prejudice either party.



WHEREFORE, the parties request that this Court amend the Scheduling Order by extending the deadlines set forth in the Scheduling Order by 60 days.

Respectfully submitted,

_____
Paul V. Bennett
(Federal Bar No. 10324)
133 Defense Highway, Suite 209
Annapolis, Maryland  21401-7040
Tele: (410) 974-6000
Facsimile: (410) 224-4590
Attorney for Plaintiff

_____
Patricia McHugh Lambert
(Federal Bar No. 02539)

_____
Lynn Edwards Brenneman
(Federal Bar No. 11872)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204
Tele: (410) 938-8800
Fax: (410) 825-2493
Attorneys for Defendant

**SO ORDERED**, this __25th__ day of __April__, 2002.

_____
The Honorable William N. Nickerson
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ___ day of April, 2002, a copy of the foregoing Joint Motion to Modify Scheduling Order was mailed, first-class, postage prepaid to:

Paul V. Bennett, Esquire
Law Office of Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
Facsimile: (410) 224-4590

_____
Lynn Edwards Brenneman