FILED
U.S. DISTRICT COURT
S   CT     MARYLAND

_____FILED _____ENTERED
_____LODGED _____RECEIVED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AUG 2 3 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

SUSAN HINCKLEY SHOEMAKER          *

    Plaintiff                 *

v.                                *    CIVIL ACTION NO.:  WMN-2-CV-582

NATIONWIDE MUTUAL
   INSURANCE COMPANY             *

    Defendant                 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties to the above-captioned action, by their respective attorneys, hereby stipulate to

the dismissal of the above action with prejudice.  Each party is to bear its own costs and attorney's fees.

Respectfully submitted,

_____          _____          ເ໑ŋ
Paul V. Bennett                    Patricia McHugh Lambert
Law Offices of Paul V. Bennett     (Federal Bar No. 02539)
133 Defense Highway, Suite 209
Annapolis, Maryland   21401        _____
Attorney for Plaintiff             Lynn Edwards Brenneman
                                   (Federal Bar No. 11872)
                                   HODES, ULMAN, PESSIN & KATZ, P.A.
                                   901 Dulaney Valley Road, Suite 400
                                   Towson, Maryland   21204
                                   Tele:  (410) 938-8800
                                   Fax:  (410) 825-2493
                                   Attorneys for Defendant

SO ORDERED, this ___23ʳᵈ___ day of ___August___, 2002.

_____
William M. Nickerson,
United States District Court Judge